**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **CRAIG LAMBERT, I and** ) | |
| **LADONNA LAMBERT,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **No. 3:19-cv-00893** |
| **v.** ) | |
| ) | |
| **DAVIDSON COUNTY, DISTRICT** ) | |
| **ATTORNEY,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion

to Dismiss Amended Complaint (Doc. No. 21) is **GRANTED**. Plaintiffs' claims under 42 U.S.C.

§ 1983 are **DISMISSED WITH PREJUDICE**, and their claims under the Tennessee Open

Records Act are **DISMISSED WITHOUT PREJUDICE** because the Court **DECLINES** to

exercise supplemental jurisdiction.

This is a final order. The Clerk shall enter judgment under Federal Rules of Civil Procedure

58 and 79 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE